## Aarons *v.* Public Service Building & Loan Association et al., Appellants.

Argued January 4, 1934.   Before FRAZER, C. J., KEP-HART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*William C. Hayes,* with him *William A. Hayes,* for appellant.

*Emil F. Goldhaber,* of *Aarons, Weinstein, Stone & Goldhaber,* for appellee.

PER CURIAM, January 30, 1934:

This appeal involves the same questions as were lately before us in Bennett v. Rittenhouse Short-Term Bldg. & Loan Assn., 313 Pa. 391, where, on the same state of facts, judgment for plaintiff was affirmed on the opinion of the court below.   That case controls here.

The order discharging the rule to open judgment is affirmed.